STATE of Missouri, Respondent,

v.

Brian Oliver SHEFFIELD, Appellant.

No. WD 53643.

Missouri Court of Appeals,
Western District.

Dec. 30, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 3, 1998.

Application to Transfer Denied
April 21, 1998.

Patrick Eng, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and BRECKENRIDGE and HANNA, JJ.

### ORDER

PER CURIAM.

A jury found the defendant, Brian Sheffield, guilty of the class D felony of driving while intoxicated (§ 577.010, RSMo 1994), and the court sentenced him as an intoxicated-related "persistent offender" (§ 577.023.1(2), RSMo 1994), to a six-year term of imprisonment. The jury also found the defendant guilty of resisting arrest (§ 575.150, RSMo 1994), but the trial court granted the defendant a new trial on that charge. A published opinion would have no precedential value. Affirmed. Rule 30.25(b) V.A.M.R.